**UNITED STATES  DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**JOHN CLOWNEY**                                                **CIVIL ACTION**

**versus**                                                           **NO. 14-63**

**WARDEN TERRELL**                                         **SECTION: "H" (3)**

## O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion.  Accordingly,

**IT IS ORDERED** that the petition for federal *habeas corpus* relief filed by **John Clowney** is **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 11th day of July, 2014.

_____
UNITED STATES DISTRICT JUDGE